RECEIVED-CLERK
U.S. DISTRICT COURT

SEP 27 A 10

Eileen Kleinman
424 S Cranford Rd
Cherry Hill NJ 08003
Tel 856 795 7502

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
970 Broad Street Suite 1700
Newark NJ 07102

**MOTION TO QUASH**

Re: United States v Mark Kleinman
Criminal 03-652

I am not an attorney, and not well versed in the law, please accept this as my motion to Quash.

I was served with a subpoena to produce documents and also appear for a deposition copies of which are attached –Exhibit A

I faxed over a letter to AUSA Silbermann on September 19 2007 explaining that this case does not involve me – Exhibit B

The government wrote back asking me to file a motion to quash on Sept 19 2007 Exhibit C

By copy of this letter I am notifying all parties .

Respectfully submitted,

Eileen Kleinman

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700
Newark, NJ 07102

201/645-2700

September 6, 2007

Eileen Kleinman
424 S. Cranford Road
Cherry Hill, NJ 08003

Re: United States of America
v. Mark S. Kleinman
Criminal No. 03-652

RECEIVED - CLERK
U.S. DISTRICT COURT
'07 SEP 27 A 10

Dear Mrs. Kleinman:

Please be advised that the deposition in reference to the above captioned matter has been scheduled from September 13, 2007 to September 27, 2007 (ALL DOCUMENTS TO BE PRODUCED ARE DUE IN THIS OFFICE ON SEPTEMBER 20, 2007).

By copy of this letter, I am notifying all interested parties.

Very truly yours,

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: YOLANDA HICKMAN
Paralegal Specialist

JOHN G. SILBERMANN, JR
Assistant U.S. Attorney

Ex A

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

830-530pm

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*(973)645-2700*

Fax 973-

August 28, 2007

Guaranteed Subpoena Service, Inc
2009-2013 Morris Avenue
P.O. Box 2248
Union, New Jersey 07083

Re: United States of America
v. Mark S. Kleinman
CRIMINAL No. 03-652

To Whom it May Concern:

Enclosed please find a copy of the Subpoena to be served upon Eileen Kleinman as soon as possible located at 424 S. Cranford Road, Cherry Hill, NJ 08003. Kindly submit your statement **under YREG Doc # 5504540** to me at the captioned address once service has been completed. Please do not hesitate to contact me with any questions.

PLEASE DO NOT GIVE A WITNESS FEE IN THIS CASE.

Thank you for your assistance in this matter.

Very truly yours,

CHRISTOPHER J. CHRISTIE
United States Attorney

By: JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
(973)353-6094

Encl.

Ext-A

**United States District Court**

**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK S. KLEINMAN,

Defendant.

SUBPOENA

CRIMINAL NUMBER: 03-652

**TO:** Eileen Kleinman
424 S. Cranford Road
Cherry Hill, NJ 08003

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. Attorney's Office<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | September 13, 2007 at 2:00pm |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below.

| LIST DOCUMENTS OR OBJECTS: | |
|---|---|
| PLEASE SEE ENCLOSED LIST OF DOCUMENTS TO BE PRODUCED | |
| **PLACE** | **DATE AND TIME** |
| U.S. Attorney's Office<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | September 6, 2007 |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE & TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Assistant U.S. Attorney - Attorney for Plaintiff | August 28, 2007 |
| **ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER** | |
| JOHN G. SILBERMANN, JR.,<br>U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102, (973) 353-6094 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

"EXT – B"

September 19, 2007

John G Silbermann
Asst US Attorney
US Dept Justice
970 Broad Street
Suite 700
Newark NJ 07102

RE United States V Mark S Kleinman

**VIA FAX 973 297 2010**

Dear Mr. Silbermann,

I have received your subpoena and your request to produce records. First. I am not a party to this case. This case is between the federal Government and my husband. I don't have anything to do with it and with all due respect, I do not want to get involved. My records are personal as is my time. Last time I looked, we have a constitution that protects my privacy rights .

I do not want to get involved. Therefore, unless you have a court order that says I have to appear and produce records I will not be there on September 27 2007 . I object to this. I am being treated like a criminal.

Very truly yours,

[signature]

Eileen Kleinman
424 S Cranford Rd
Cherry Hill NJ 08003

EXT - C

**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*general number: (973) 645-2700*
*telephone: (973) 353-6094*
*fax (973) 297-2010*
*e-mail: John Silbermann@usdoj.gov*

September 19, 2007

Eileen Kleinman
424 S. Cranford Road
Cherry Hill, New Jersey 08003

Re: United States v. Mark S. Kleinman
Criminal No. 03-652

Dear Ms. Kleinman:

I am in receipt of your letter dated September 19, 2007.

Please be advised that the subpoena that was served on you is the equivalent of a court order requiring your attendance at the deposition and your production of documents.

As the subpoena expressly states, you have the right to file a motion to quash the subpoena. It is through such a motion, to be filed with the court, that you may invoke the constitutional rights you refer to in your letter. If you fail to file such a motion and fail to comply with the subpoena, you may be deemed to have waived your opportunity to invoke such rights. Further, such non-compliance may give rise to an order finding you in contempt.

Accordingly, I refer you to the notice provided on the subpoena which advises you of your rights and the procedures you must follow to invoke those rights.

Sincerely,

CHRISTOPHER J. CHRISTIE
United States Attorney
District of New Jersey

BY: ______________________
JOHN G. SILBERMANN
Assistant United States Attorney